# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:16-cv-00122-MR
# (CRIMINAL CASE NO. 1:08-cr-00127-MR-1)

| | |
|---|---|
| STEVEN GORDON CASPER, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the Order granting Petitioner's Motion to Vacate [Doc. 1] and ordering him to be resentenced.

**IT IS, THEREFORE, ORDERED** as follows:

(1) The United States Marshal shall have Petitioner present in Asheville, North Carolina, for resentencing on or after August 1, 2016;

(2) The Clerk of Court shall calendar this matter for resentencing during the first sentencing term on or after August 1, 2016;

(3) The Federal Defender shall provide counsel to Petitioner for resentencing; and

(4) The United States Probation Office shall provide a supplemental presentence report.

The Clerk is directed to provide notification and/or copies of this Order to the United States Attorney, the Federal Defenders, the United States Marshals Service, and the United States Probation Office.

**IT IS SO ORDERED.**

Signed: July 1, 2016

Martin Reidinger
United States District Judge