THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CRIMINAL CASE NO. 1:08-cr-00127-MR-DLH

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| ) | |
| STEVEN GORDON CASPER, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the Court upon the Defendant's Motion to Terminate Supervised Release [Doc. 56]. Neither counsel for the Government nor the Defendant's supervising probation officer takes a position with respect to the Defendant's Motion.

Upon review of the Defendant's Motion, the Court is satisfied that the early termination of the Defendant's supervised release is warranted. The Defendant correctly recounts the Court's statement at re-sentencing that it is unusual for this Court to terminate Supervised Release before the expiration of two thirds of the term. This case, however, appears to be such a case where early termination after the expiration of only one year of Supervised Release is justified.

Accordingly, **IT IS, THEREFORE, ORDERED** that the Defendant's Motion to Terminate Supervised Release [Doc. 56] is **GRANTED**, and the Defendant's term of supervised release in the above-referenced action is hereby terminated.

The Clerk of Court is respectfully directed to provide a copy of this Order to counsel for the Government, counsel for the Defendant, and the U.S. Probation Office.

**IT IS SO ORDERED.**

Signed: August 4, 2017

Martin Reidinger
United States District Judge